Scott M. Plamondon, State Bar No. 212294
Brittany J. Shugart, State Bar No. 293228
**weintraub** tobin chediak coleman grodin
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for VALHALLA GAME STUDIOS CO. LTD.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALHALLA MOTION PICTURES, INC.,<br><br>　　Opposer,<br><br>　　vs.<br><br>VALHALLA GAME STUDIOS CO. LTD.,<br><br>　　Applicant. | Case No.: 2:14-cv-00870-MCE-CKD<br><br>**ORDER/COMMISSION DIRECTING THE TAKING ABROAD OF VOLUNTARY TESTIMONIAL DEPOSITIONS UPON WRITTEN QUESTIONS OF JAPANESE WITNESSES** |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**

**UNITED STATES EMBASSY TOKYO**

Upon the application of Applicant VALHALLA GAME STUDIOS CO. LTD., and pursuant to Article 17 of the United States – Japan Consular Convention, you have been duly appointed and you are hereby authorized to take testimonial depositions upon written questions at the United States Embassy in Tokyo, Japan, of the following witnesses who will appear voluntarily:  Mitsuru Tsutsumi, whose address is 1-3-2 Tsukishima Chuo-Ku, Tsukugon Building 2-F, Tokyo, Japan 104-0052, and who is employed by Valhalla Game Studios Co., Ltd.; and Satoshi Kanematsu, whose address is 1-

1  3-2 Tsukishima Chuo-Ku, Tsukugon Building 2-F, Tokyo, Japan 104-0052, and who is
2  employed by Valhalla Game Studios Co., Ltd.; commencing on or about June 4, 2014, at
3  9:00 a.m. (9:00) and terminating on or about June 4, 2014, at 4:00 p.m. (16:00), and to
4  mark any documentary exhibits in connection therewith.  These testimonial depositions
5  upon written questions shall be conducted pursuant to Rule 2.124 of the Trademark Rules
6  and Rules 28 and 31 of the Federal Rules of Civil Procedure.  The questions to be
7  answered are attached hereto as Exhibit "A" and will be delivered to the U.S. Embassy
8  herewith.  Answers to these questions shall be taken under oath.

9  Counsel for Applicant who will participate in said depositions is Marvin Gelfand,
10 Esq. of Weintraub Tobin Chediak Coleman Grodin Law Corporation and counsel for
11 Opposer who may participate in said depositions are Michael K. Grace, Esq. and/or
12 Pamela D. Deitchle, Esq. of Grace+Grace LLP.  The proceedings will be reported by
13 Veritext or a representative of Veritext.  You should prepare and certify a written record of
14 the responses and mail such written record to counsel for Applicant, along with a copy of
15 the notices of deposition and the questions.  Counsel for Applicant shall promptly serve
16 copies of the responses on Opponent's Counsel.

17 IT IS SO ORDERED.

18 Dated:  April 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE