1  Scott M. Plamondon, State Bar No. 212294
   Brittany J. Shugart, State Bar No. 293228
2  **weintraub** tobin chediak coleman grodin
   a law corporation
3  400 Capitol Mall, 11th Floor
   Sacramento, CA  95814
4  (916) 558-6000 – Main
   (916) 446-1611 – Facsimile
5
   Attorneys for VALHALLA GAME STUDIOS CO. LTD.
6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11

12  VALHALLA MOTION PICTURES, INC.,        )  Case No.: 2:14-cv-00870-MCE-CKD
                                            )
13          Opposer,                        )  **AMENDED
                                            )  ORDER/COMMISSION DIRECTING THE
14      vs.                                 )  TAKING ABROAD OF VOLUNTARY
                                            )  TESTIMONIAL DEPOSITIONS UPON
15  VALHALLA GAME STUDIOS CO. LTD.,         )  WRITTEN QUESTIONS OF JAPANESE
                                            )  WITNESSES**
16          Applicant.                      )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19                                          )

20  **TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**

21  **UNITED STATES EMBASSY TOKYO**

22          Upon the application of Applicant VALHALLA GAME STUDIOS CO. LTD., and

23  pursuant to Article 17 of the United States – Japan Consular Convention, you have been

24  duly appointed and you are hereby authorized to take testimonial depositions upon

25  written questions at the United States Embassy in Tokyo, Japan, of the following

26  witnesses who will appear voluntarily:  Mitsuru Tsutsumi, whose address is 1-3-2

27  Tsukishima Chuo-Ku, Tsukugon Building 2-F, Tokyo, Japan 104-0052, and who is

28  employed by Valhalla Game Studios Co., Ltd.; and Satoshi Kanematsu, whose address is 1-

AMENDED [PROPOSED] ORDER/COMMISSION
DIRECTING THE TAKING ABROAD OF VOLUNTARY
TESTIMONIAL DEPOSITIONS UPON WRITTEN QUESTIONS
OF JAPANESE WITNESSES

1   3-2 Tsukishima Chuo-Ku, Tsukugon Building 2-F, Tokyo, Japan 104-0052, and who is

2   employed by Valhalla Game Studios Co., Ltd.; commencing on or about June 4, 2014, at

3   9:00 a.m. (9:00) and terminating on or about June 4, 2014, at 4:00 p.m. (16:00), and to

4   mark any documentary exhibits in connection therewith.  These testimonial depositions

5   upon written questions shall be conducted pursuant to Rule 2.124 of the Trademark Rules

6   and Rules 28 and 31 of the Federal Rules of Civil Procedure.  The questions to be

7   answered are attached hereto as Exhibit "A" and will be delivered to the U.S. Embassy

8   herewith.  Answers to these questions shall be taken under oath.

9        Counsel for Applicant who will participate in said depositions is Marvin Gelfand,

10  Esq. of Weintraub Tobin Chediak Coleman Grodin Law Corporation and counsel for

11  Opposer who may participate in said depositions are Michael K. Grace, Esq. and/or

12  Pamela D. Deitchle, Esq. of Grace+Grace LLP.  The proceedings will be reported and/or

13  interpreted by Planet Depos - American Realtime Court Reporters.  You should prepare

14  and certify a written record of the responses and mail such written record to counsel for

15  Applicant, along with a copy of the notices of deposition and the questions.  Counsel for

16  Applicant shall promptly serve copies of the responses on Opponent's Counsel.

17

18  ORDERED:

19  Dated:  April 15, 2014

20  _____

21  CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

AMENDED [PROPOSED] ORDER/COMMISSION
DIRECTING THE TAKING ABROAD OF VOLUNTARY
TESTIMONIAL DEPOSITIONS UPON WRITTEN QUESTIONS
OF JAPANESE WITNESSES

weintraub tobin chediak coleman grodin
law corporation